Mark E. Goldsmith - State Bar No. 127701
**KIRTLAND & PACKARD LLP**
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California 90245
PH: (310) 536-1000 • FX: (310) 536-1001
*Attorneys for Defendant, Giumarra Vineyards Corporation*

Megan Beaman Carlson, Esq.
**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
1460 6TH Street, Coachella, CA 92236
PH: (760) 398-7261 • FX: (760) 398-1050
*Attorney for Plaintiffs/Intervenors*
*Delfina Ochoa, Maribel Ochoa and José Ochoa*

Marcos R. Camacho, Esq.
**MARCOS CAMACHO, A LAW CORPORATION**
1227 California Avenue
Bakersfield, CA 93304
PH: (661) 324-8100 • FX: (661) 324-8103
*Attorney for Plaintiffs/Intervenors*
*Delfina Ochoa, Maribel Ochoa, José Ochoa and Guadalupe Martinez*

Connie K. Liem, Esq.
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
555 West Beech Street, Suite 504
San Diego, CA 92101
PH: (619) 557-7282 • FX: (619) 557-7274
*Attorney for Plaintiff, EEOC*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ<br>　　　　Plaintiffs/Intervenors<br><br>　　　　v.<br><br>GIUMARRA VINEYARDS, CORPORATION, and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 1:09-cv-02255-OWW-MJS<br><br>Assigned to The Hon. Oliver W. Wanger<br>Courtroom 3<br><br>**STIPULATION AND ORDER TO MOVE THE SETTLEMENT CONFERENCE DATE**<br><br>Current Settlement Conf. Date:　July 6, 2011<br><br>New Settlement Conf. Date: June 23, 2011<br><br>EEOC Complaint filed:　December 29, 2009 |

02057-00053  143780.01

1

TO THE HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

WHEREAS the Settlement Conference currently scheduled for July 6, 2011, is a date on which lead counsel for defendant, Giumarra Vineyards Corporation, is not available;

WHEREAS the Courtroom Deputy for Honorable Michael J. Seng has indicated to counsel for defendant that Judge Seng is available for a settlement conference on June 23, 2011 at 9:30 a.m.;

WHEREAS all parties through their counsel of record have agreed to move the Settlement Conference date from July 6, 2011 to June 23, 2011, at 9:30 a.m., in Courtroom 6 of this Court;

**IT IS HEREBY STIPULATED AND AGREED** by all parties through their counsel of record that the Settlement Conference date be moved from July 6, 2011 to June 23, 2011 at 9:30 a.m.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

DATED: November 3, 2010      By:  /s/ Megan Beaman Carlson
                                  MEGAN BEAMAN CARLSON, ESQ.
                                  Attorney for Plaintiffs/Intervenors
                                  Delfina Ochoa, Maribel Ochoa and José Ochoa

MARCOS CAMACHO, A LAW CORPORATION

DATED:   November 3, 2010     By:   /s/ Mario Martinez
                                    MARIO MARTINEZ, ESQ.
                              Attorney for Plaintiffs/Intervenors
                              Delfina Ochoa, Maribel Ochoa, José Ochoa and Guadelupe Martinez

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DATED:   November 3, 2010     By:   /s/ Connie Liem
                                    CONNIE K. LIEM, ESQ.
                              Attorney for Plaintiff, EEOC

KIRTLAND & PACKARD LLP

DATED:   November 5, 2010     By:   /s/ Mark Goldsmith
                                    MARK E. GOLDSMITH
                                    JESSICA E. CARRANZA
                                    JOSHUA A. FIELDS
                              Attorneys for Defendant, Giumarra Vineyards Corporation

**O R D E R**

The Settlement Conference originally scheduled for July 6, 2011, is moved to June 23, 2011, at 9:30 a.m., in Courtroom 6 of this court.

<u>IT IS SO ORDERED.</u>

Dated:   November 8, 2010        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE