MEGAN BEAMAN (SBN 261539)
California Rural Legal Assistance, Inc.
1460 6th Street
Coachella, CA 92236
Telephone: (760) 398-7261
Facsimile: (760) 398-1050
Email: mbeaman@crla.org

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

MARIO MARTÍNEZ (SBN 200721)
Marcos Camacho, A Law Corporation
1227 California Avenue
Bakersfield, CA 93304
Telephone: (661) 324-8100
Facsimile: (661) 324-8103
Email: mariomtz@mclawmail.com

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTÍNEZ

Additional Counsel listed on Page Two

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ<br><br>            Plaintiffs/Intervenors<br><br>    vs.<br><br>GIUMARRA VINEYARDS CORPORATION and DOES 1-10,<br><br>            Defendants. | Case No.: **1:09−CV−02255−OWW−MJS**<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE**<br><br>Assigned to the Honorable Oliver W. Wanger<br><br><br>Current Expert Witness Deadline: May 2, 2011<br><br>New Expert Witness Deadline: June 3, 2011<br><br>Action filed: December 29, 2009<br><br>Trial date: November 11, 2011 |

///

1

MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas  CA  93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212
Email: mmeuter@crla.org

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

    TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

    WHEREAS no parties have yet designated expert witnesses in this matter;

    WHEREAS all parties through their counsel of record have agreed to move the Expert Witness Designation Deadline date from May 2, 2011 to June 3, 2011;

    **IT IS HEREBY STIPULATED AND AGREED** by all parties through their counsel of record that the Expert Witness Designation deadline be moved from May 2, 2011 to June 3, 2011.

DATED:     May 2, 2011            **CALIFORNIA RURAL LEGAL ASSISTANCE**

                                        By:     /s/ Megan Beaman
                                                 Megan Beaman
                                                 Michael Meuter
                                                 Attorneys for Plaintiff-Intervenors Delfina Ochoa, Maribel Ochoa, and José Ochoa

DATED:     May 2, 2011            MARCOS CAMACHO, A LAW CORP.

                                        By:     /s/ Mario Martinez
                                               Mario Martínez
                                               Attorneys for all Plaintiff-Intervenors

                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED:   May 2, 2011            By:   /s/ Jeffrey S. Ranen
                                      Jeffrey S. Ranen
                                      Nathalie Adourian
                                      Attorneys for Defendant

DATED:   May 2, 2011            U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION


                                By:   /s/  Michael Farrell
                                      Michael Farrell
                                      Attorneys for Plaintif


**ORDER**

    The Expert Disclosure Deadline originally set for May 2,2011 is hereby extended to June 3, 2011.  All other dates and deadlines shall remain as stated on the July 1, 2010 Scheduling Conference Order ( ECF# 17) as modified by the November 10, 2010  Stipulation and Order regarding Settlement Conference date  (ECF# 24).  The deadline change made by this Order shall not be asserted as a basis for seeking change of other dates and deadlines.

IT IS SO ORDERED.

Dated:   May 5, 2011            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE