JEFFREY S. RANEN, SB# 224285
  E-Mail: ranen@lbbslaw.com
NATHALIE ADOURIAN, SB# 274599
  E-Mail : nadourian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant GIUMARRA VINEYARDS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, | CASE NO. 1:09-CV-02255-OWW-SMS |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| v. | |
| Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez, | |
| Plaintiffs/Intervenors. | The Honorable Michael J. Seng U.S. Magistrate Judge |
| v. | ACTION FILED:    2/9/10 |
| Giumarra Vineyards Corporation, | TRIAL DATE:       11/15/11 |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES OF AND COUNSEL OF RECORD:**

Plaintiff-Intervenors and Defendant have a scheduled mediation for August 25, 2011 before private mediator Carla Barboza. As such, all parties agree that the Settlement Conference scheduled for July 1, 2011 is unnecessary and stipulate that it be taken off calendar.

/ / /

/ / /

4823-6232-4745.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

Likewise, the parties anticipate taking additional discovery prior to the August 25, 2011 mediation in order for the mediation to be more productive, and stipulate that the current deadlines be extended to accommodate adequately preparing the matter.

In good faith and by agreement of the parties, through counsel undersigned, it is respectfully requested that a revised scheduling order be entered to reflect the following stipulated deadlines:

1. The deadline for completing discovery shall be September 30, 2011;
2. The deadline for filing dispositive motions shall be September 30, 2011;
3. The expert disclosure deadline shall be October 30, 2011;
4. The expert discovery deadline shall be November 30, 2011; and
5. The trial start date be continued to January 31, 2012.

These deadlines shall not be amended without further Order of the Court.

This stipulation and the proposed order are submitted in good faith and not for the purpose of delay.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

DATED: June 24, 2011

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/ Jeffrey S. Ranen
        Jeffrey S. Ranen
        Nathalie Adourian
        Attorneys for Defendant GIUMARRA
        VINEYARDS CORPORATION

DATED: June 24, 2011

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

By: /s/ Connie K. Liem
Connie K. Liem
Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission

DATED: June 24, 2011

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

By: /s/ Megan Beaman
Megan Beaman
Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, Jose Ochoa

DATED: June 24, 2011

**MARCOS CAMACHO, A LAW CORP.**

By: /s/ Mario Martinez
Mario Martinez
Attorney for Plaintiff-Intervenor Guadalupe Martinez

### ORDER

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated: **June 27, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE