JEFFREY S. RANEN, SB# 224285
E-Mail: ranen@lbbslaw.com
NATHALIE ADOURIAN, SB# 274599
E-Mail : nadourian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant GUIMARRA VINEYARDS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>  Plaintiff,<br><br>  v.<br><br>Delfina Ochoa, Maribel Ochoa, Jose Ocha, and Guadalupe Martinez,<br><br>  Plaintiffs/Intervenors.<br><br><br>  v.<br>Guimarra Vineyards Corporation,<br><br>  Defendants. | CASE NO. 1:09-CV-02255-OWW-SMS<br><br>**STIPULATED ORDER ON PLAINTIFF-INTERVENORS' PRAYER FOR LOST WAGES**<br><br>The Honorable Oliver W. Wanger<br>U.S. Magistrate Judge<br><br>ACTION FILED:   2/9/10<br>TRIAL DATE:      1/31/12 |

Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, José Ochoa, and Guadalupe Martinez, ("Plaintiff-Intervenors") and Defendant Giumarra Vineyards Corp., (the "Parties"), hereby jointly move this Court to enter its Stipulated Order to (1) preclude Plaintiff-Intervenors from seeking lost wages in the form of back or front pay at trial. This Stipulation is based upon good cause. The Parties have agreed to the terms of this Stipulated Order as follows:

/ / /

/ / /

4840-9412-0714.1834-1575-1945.1834-1575-1945.1

STIPULATED ORDER ON PLAINTIFF-INTERVENORS' PRAYER FOR LOST WAGES

1. Plaintiff-Intervenors are not seeking lost wages in the form of back pay or front pay in this matter.

IT IS SO STIPULATED.

DATED: July   13   , 2011

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Nathalie Adourian
Attorneys for Defendant GUIMARRA VINEYARDS CORPORATION

DATED: July   13   , 2011

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

By: /s/ Megan Beaman
Megan Beaman
Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, José Ochoa

DATED: July   13   , 2011

**MARCOS CAMACHO, A LAW CORP.**

By: /s/ Mario Martinez
Mario Martinez
Attorney for Plaintiff-Intervenor Guadalupe Martinez

**ORDER**

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated: **July 14, 2011**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

4840-9412-0714.1834-1575-1945.1834-1575-1945.1834-1575-1945.1

2

STIPULATED ORDER ON PLAINTIFF-INTERVENORS' PRAYER FOR LOST WAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4840-9412-0714.1834-1575-1945.1834-1575-1945.1834-1575-1945.1

3

STIPULATED ORDER ON PLAINTIFF-INTERVENORS' PRAYER FOR LOST WAGES

LEWIS
BRISBOIS