MEGAN BEAMAN (SBN 261539)
California Rural Legal Assistance, Inc.
1460 6th Street
Coachella, CA 92236
Telephone: (760) 398-7261
Facsimile: (760) 398-1050

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

MARIO MARTINEZ (SBN 200721)
Marcos Camacho, A Law Corporation
1227 California Avenue
Bakersfield, CA 93304
Telephone: (661) 324-8100
Facsimile: (661) 324-8103

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ

Additional Counsel listed on Page Two

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ<br><br>Plaintiffs/Intervenors<br><br>vs.<br><br>GIUMARRA VINEYARDS CORPORATION and DOES 1-10,<br><br>Defendants. | Case No.: **1:09−CV−02255−AWI-MJS**<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>The Honorable Michael J. Seng<br>U.S. Magistrate Judge<br><br>Action filed: December 29, 2009 |

///

///

MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas  CA  93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

**TO THE HONORABLE COURT AND TO ALL PARTIES OF AND COUNSEL OF RECORD:**

The parties stipulate that the current deadlines be extended for good cause, namely the need for more time to: (1) complete outstanding discovery which has resulted from conflicts in counsel schedules; (2) resolve outstanding discovery disputes; and (3) allow for expert witnesses' thorough and complete preparation for this matter.  The parties have engaged in mediation in this matter and are continuing related discussions.

In good faith and by agreement of the parties, through counsel undersigned, and pursuant to the Court's Minute Order of October 17, 2011, it is respectfully requested that a revised scheduling order be entered to reflect the following stipulated deadlines:

1. The deadline for completing discovery shall be December 30, 2011;

2. The deadline for filing dispositive motions shall be January 30, 2012;

3. The settlement conference shall take place on January 30, 2012; **[By order of the Court, the settlement conference shall begin at 1:30 p.m. in courtroom 6.]**

4 The expert disclosure deadline shall be February 28, 2012;

5. The expert discovery deadline shall be March 30, 2012;

6. The pretrial conference shall take place on or after April 13, 2012;

7. The trial date shall be continued to June 11, 2012, or on a subsequent date convenient to the Court. **[By order of the Court, the trial will begin June 12, 2012 at 8:30 a.m. in Courtroom 2.]**

These deadlines shall not be amended without further Order of the Court.

This stipulation and the proposed order are submitted in good faith and not for the

purpose of delay.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

DATED: November 16, 2011  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Alexander J. Harwin
Attorneys for Defendant GIUMARRA
VINEYARDS CORPORATION

DATED: November 1, 2011  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

By: /s/ Rumduol Vuong
Rumduol Vuong
Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission

DATED: November 1, 2011  **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

By: /s/ Megan Beaman
Megan Beaman
Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, Jose Ochoa

DATED: November 1, 2011

**MARCOS CAMACHO, A LAW CORP.**

By:   /s/ Mario Martinez
Mario Martinez
Attorney for Plaintiff-Intervenor Guadalupe Martinez

///
///
///
///
///
///
///

**ORDER**

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order but moves the trial date to June 12, 2012 and sets the January 30, 2012, settlement conference to begin at 1:30 p.m.

IT IS SO ORDERED.

November 16, 2011        /S/  Michael J. Seng
                                           United States Magistrate Judge