MEGAN BEAMAN (SBN 261539)
California Rural Legal Assistance, Inc.
1460 6th Street
Coachella, CA 92236
Telephone: (760) 398-7261
Facsimile: (760) 398-1050

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

MARIO MARTINEZ (SBN 200721)
Marcos Camacho, A Law Corporation
1227 California Avenue
Bakersfield, CA 93304
Telephone: (661) 324-8100
Facsimile: (661) 324-8103

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ

Additional Counsel listed on Page Two

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ<br><br>Plaintiffs/Intervenors<br><br>vs.<br><br>GIUMARRA VINEYARDS CORPORATION and DOES 1-10,<br><br>Defendants. | Case No.: **1:09−CV−02255−AWI-MJS**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DISPUTE CONFERENCE**<br><br>The Honorable Michael J. Seng<br>U.S. Magistrate Judge<br><br>Action filed: December 29, 2009 |

///

///

MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas  CA  93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Based on a pre-existing scheduling conflict for Plaintiff-Intervenor's counsel, the parties stipulate that the discovery dispute conference currently scheduled for December 7, 2011 at 4:00 p.m. be continued to December 14, 2011 at 4:00 p.m.  In addition, the parties stipulate that Plaintiff-Intervenors will provide the Court and all parties with their position statement regarding the dispute on or before December 7, 2011.  Defendant will produce its statement regarding the dispute to the Court and all parties on or before December 12, 2011.

This stipulation and the proposed order are submitted in good faith and not for the purpose of delay.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and electronic signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

DATED: November 28, 2011

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Alexander Harwin
Attorneys for Defendant GIUMARRA
VINEYARDS CORPORATION

DATED: November 28, 2011      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By:   /s/ Rumduol Vuong
      Rumduol Vuong
      Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission

DATED: November 28, 2011

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**


By:   /s/ Megan Beaman
      Megan Beaman
      Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, Jose Ochoa

DATED: November 28, 2011

**MARCOS CAMACHO, A LAW CORP.**


By:   /s/ Mario Martinez
      Mario Martinez
      Attorney for all Plaintiff-Intervenors


**ORDER**

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated:   November 28, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

EEOC v. Giumarra Vineyards Corp.
Stipulation to Extend Discovery Dispute Conference

EEOC v. Giumarra Vineyards Corp.
Stipulation to Extend Discovery Dispute Conference

4