Anna Y. Park, SBN164242
Michael Farrell, SBN 266553
Connie Liem, TX SBN 791113
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>      Plaintiff, <br><br><br> DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, AND GUADALUPE MARTINEZ, <br>      Plaintiffs-In-Intervention, <br><br>    v. <br><br><br> GIUUMARRA VINEYARDS CORPORATION, <br>      Defendant. | Case No. 1:09-CV-02255- AWI-MJS <br><br><br> **STATUS REPORT AND STIPULATION FOR SECOND EXTENSION OF TIME TO CONTINUE THE DUE DATE OF THE CONSENT DECREE; AND ORDER** |

Pursuant to Local Rule 160(a), Plaintiff United States Equal Employment Opportunity Commission ("EEOC") provided notice to the Court on October 4, 2011 that it had reached a settlement in principle with Defendant Giumarra Vineyarrds ("Defendant").  This settlement pertains only to the EEOC's claim of

hostile work environment based on sex and retaliation under Title VII of the Civil Rights Act of 1964.

Both parties had previously requested an extension of time until November 28, 2011.  In the intervening time, both parties have diligently worked towards finalizing the terms of the Consent Decree and only a few further details require resolution before a version of the Consent Decree can be finalized.  Therefore, the EEOC requests a 30 day extension from November 28, 2011 to December 28, 2011 in which to file the Consent Decree for the Court's review.

Respectfully submitted,

Date: November 29, 2011            /s/ *Rumduol Vuong*_____
                                   Rumduol Vuong

                                   U.S. EQUAL EMPLOYMENT
                                   OPPORTUNITY COMMISSION
                                   Attorneys for Plaintiffs

Date: November 29, 2011            /s/*Alexander Harwin*_____
                                   Alexander Harwin

                                   GIUMARRA VINEYARDS
                                   CORPORATION
                                   Attorneys for Defendant

# ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit the Consent Decree by December 28, 2011.

IT IS SO ORDERED.

Dated:   November 29, 2011          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE