1  MEGAN BEAMAN (SBN 261539)
   California Rural Legal Assistance, Inc.
2  1460 6th Street
   Coachella, CA 92236
3  Telephone: (760) 398-7261
   Facsimile: (760) 398-1050
4

5  Attorneys for Plaintiffs/Intervenors
   DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA
6

7  MARIO MARTINEZ (SBN 200721)
   Marcos Camacho, A Law Corporation
   1227 California Avenue
8  Bakersfield, CA 93304
   Telephone: (661) 324-8100
9  Facsimile: (661) 324-8103

10
   Attorneys for Plaintiffs/Intervenors
11 DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ

12 Additional Counsel listed on Page Two

13                           UNITED STATES DISTRICT COURT

14                           EASTERN DISTRICT OF CALIFORNIA

15

16 | U.S. EQUAL EMPLOYMENT              | Case No.: **1:09−CV−02255−AWI-MJS**
   | OPPORTUNITY COMMISSION,            |
17 |                                    | **AMENDED STIPULATION AND
   |            Plaintiff,              | ORDER TO EXTEND
18 |                                    | DISCOVERY AND DISPOSITIVE
   |                                    | MOTION DEADLINES**
19 | DELFINA OCHOA, MARIBEL OCHOA,      |
   | JOSÉ OCHOA, and GUADALUPE          |
20 | MARTINEZ                           | The Honorable Michael J. Seng
   |                                    | U.S. Magistrate Judge
21 |        Plaintiffs/Intervenors      |
   |                                    | Action filed: December 29, 2009
22 |     vs.                            |

23

24 GIUMARRA VINEYARDS CORPORATION
   and DOES 1-10,
25
             Defendants.
26

27 ///

28 ///

MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas  CA  93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

**TO THE HONORABLE COURT AND TO ALL PARTIES OF AND COUNSEL OF RECORD:**

The parties stipulate that the current deadlines be extended for good cause, namely the need for more time to complete outstanding discovery and dispositive motions in an effective manner following the currently pending order of Judge Michael Seng regarding discovery of financial information.  The parties have engaged in mediation in this matter and are continuing related discussions.

In good faith and by agreement of the parties, through counsel undersigned, it is respectfully requested that a revised scheduling order be entered to reflect the following stipulated deadlines:

1. The deadline for completing discovery shall be <u>January 30, 2012</u>;
2. The settlement conference shall take place on January 30, 2012 [no change];
3. The deadline for filing dispositive motions shall be <u>February 28, 2012</u>;
4. The expert disclosure deadline shall be February 28, 2012 [no change];
5. The expert discovery deadline shall be March 30, 2012 [no change];
6. The pretrial conference shall take place on or after April 13, 2012 [no change];
7. The trial date shall be continued to June 12, 2012 at 8:30 am in Courtroom 2 [no change].

These deadlines shall not be amended without further Order of the Court.

///
///
///
///
///
///
///

This stipulation and the proposed order are submitted in good faith and not for the purpose of delay.

This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

DATED: December 23, 2011

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Jeffrey S. Ranen
Jeffrey S. Ranen
Alexander J. Harwin
Attorneys for Defendant GIUMARRA VINEYARDS CORPORATION

DATED: December 20, 2011

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

By:  /s/ Megan Beaman
Megan Beaman
Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, Jose Ochoa

DATED: December 20, 2011

**MARCOS CAMACHO, A LAW CORP.**

By:  /s/ Mario Martinez
Mario Martinez
Attorney for Plaintiff-Intervenors Maribel Ochoa, Delfina Ochoa, Jose Ochoa, and Guadalupe Martinez

///

///

///

**ORDER**

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated:   December 23, 2011              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE