Anna Y. Park, SBN164242
Michael Farrell, SBN 266553
Connie Liem, TX SBN 791113
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, AND GUADALUPE MARTINEZ,<br>     Plaintiffs-In-Intervention,<br><br>    v.<br><br><br>GIUUMARRA VINEYARDS CORPORATION,<br>     Defendant. | Case No. 1:09-CV-02255- AWI-MJS<br><br>**STATUS REPORT AND STIPULATION FOR THIRD EXTENSION OF TIME TO CONTINUE THE DUE DATE OF THE CONSENT DECREE; AND PROPOSED ORDER** |

Pursuant to Local Rule 160(a), Plaintiff United States Equal Employment Opportunity Commission ("EEOC") provided notice to the Court on October 4, 2011 that it had reached a settlement in principle with Defendant Giumarra Vineyarrds ("Defendant").  This settlement pertains only to the EEOC's claim of

hostile work environment based on sex and retaliation under Title VII of the Civil Rights Act of 1964.

While the terms of the consent decree have been finalized, EEOC and Defendant have agreed that the consent decree shall only be entered upon the adjudication of the remaining claims through a trial verdict, summary judgment, dismissal with prejudice, or settlement.

Therefore, EEOC and Defendant request an extension of time to file the consent decree until the remaining claims have been adjudicated.

Respectfully submitted,


Date: December 30, 2011          /s/ *Rumduol Vuong*
                                Rumduol Vuong

                                U.S. EQUAL EMPLOYMENT
                                OPPORTUNITY COMMISSION
                                Attorneys for Plaintiffs


Date: December 30, 2011          */sJeffrey Ranen*
                                Jeffrey Ranen

                                GIUMARRA VINEYARDS
                                CORPORATION
                                Attorneys for Defendant

**ORDER**

      **GOOD CAUSE APPEARING, IT IS ORDERED THAT** the EEOC and

Defendant Giumarra Vineyards must submit the Consent Decree upon the

adjudication of the remaining claims in this action.


IT IS SO ORDERED.

Dated:   <u>December 30, 2011</u>        _____

                                    CHIEF UNITED STATES DISTRICT JUDGE