1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFREY S. RANEN, SB# 224285
2  ALEXANDER J. HARWIN, SB# 225254
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: 213.250.1800
4  Facsimile: 213.250.7900

5  Attorneys for Defendant, GIUMARRA VINEYARDS CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, | CASE NO. 1:09-cv-02255-AWI-MJS |
| Plaintiff, | **STIPULATION AND ORDER RE INSURANCE ADJUSTER NON-ATTENDANCE AT MANDATORY SETTLEMENT CONFERENCE** |
| vs. | |
| Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez, | Judge: Hon. Michael J. Seng |
| Plaintiffs-in-Intervention, | Action Filed   February 9, 2010 |
| Giumarra Vineyards Corporation, | MSC Date: February 9, 2012 |
| Defendants. | Trial Date:  June 12, 2012 |

TO THE HONORABLE COURT, TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs-Intervenors Delfina Ochoa, Maribel Ochoa, Jose Ochoa and Guadalupe Martinez ("Intervenors") and Defendant Giumarra Vineyards Corporation ("Giumarra") hereby stipulate that Giumarra's insurance adjuster may appear at the February 9, 2012 Mandatory Settlement Conference telephonically and not in person. The stipulation and request for an Order approving the stipulation is based upon the following facts:

4815-2002-8430.1

STIPULATION AND ORDER RE INSURANCE ADJUSTER NON-ATTENDANCE AT MANDATORY SETTLEMENT CONFERENCE

1. On March 14, 2011, Giumarra and Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") mediated this matter for the first time before mediator Carla Barboza, Esq.  Giumarra's insurance adjuster appeared at the mediation telephonically and was available until 2:30 a.m. EST.  Giumarra and Plaintiff EEOC successfully negotiated a resolution as memorialized in a Consent Decree;

2. The parties mediated again before Ms. Barzona on August 25, 2011.  Giumarra was unable to negotiate a resolution with Plaintiff-Intervenors MARIBEL OCHOA, DELFINA OCHOA, JOSE OCHOA and GUADALUPE MARTINEZ ("Intervenors") at the mediation.  The same insurance adjuster remained available by telephone until the mediation concluded;

3. On December 17, 2011, Giumarra's counsel contacted Intervenors' counsel and requested that Giumarra's insurance adjuster be permitted to attend the January 30, 2012 Mandatory Settlement Conference telephonically in lieu of a personal appearance.  Giumarra's counsel confirmed that he would appear at the settlement conference with full settlement authority;

4. On December 20, 2011, Intervenors' counsel responded and stated that they would not demand the presence of the insurance adjuster nor would they object to her absence at the Mandatory Settlement Conference;

5. Giumarra's insurance adjuster will be immediately available throughout the January 30, 2012 Mandatory Settlement Conference until excused regardless of time zone differences;

6. Giumarra's lead trial counsel will appear at the Mandatory Settlement Conference with a representative from Giumarra having full authority to negotiate and settle the case on any terms at the conference; and

7. The EEOC has represented that they will not be affected by the stipulation and that this is why they are not entering into this stipulation.

///

8. This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED:_____   /s/ Jeffrey S. Ranen
                            Jeffrey S. Ranen
                            Alexander J. Harwin
                            Attorneys for Defendant, GUIMARRA VINEYARDS CORPORATION

DATED:_____   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.


                            /s/ Megan Beaman
                            Megan Beaman
                            Attorney for Plaintiff-Intervenors, MARIBEL OCHOA, DELFINA OCHOA, and JOSE OCHOA

DATED:_____   MARCOS CAMACHO, A LAW CORP.


                            /s/ Mario Martinez
                            Mario Martinez
                            Attorney for Plaintiff-Intervenors MARIBEL OCHOA, DELFINA OCHOA, JOSE OCHOA and GUADALUPE MARTINEZ

# O R D E R

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated:  January 27, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE