**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
ALEXANDER J. HARWIN, SB# 225254
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, GIUMARRA VINEYARDS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez, <br><br> Plaintiffs-in-Intervention, <br><br> Giumarra Vineyards Corporation, <br><br> Defendants. | CASE NO. 1:09-cv-02255-AWI-MJS <br><br> **STIPULATION AND ORDER RE INSURANCE ADJUSTER NON-ATTENDANCE AT MANDATORY SETTLEMENT CONFERENCE** <br><br> Judge: Hon. Michael J. Seng <br><br> Action Filed    February 9, 2010 <br><br> MSC Date: February 9, 2012 <br> Trial Date:  June 12, 2012 |

TO THE HONORABLE COURT, TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs-Intervenors Delfina Ochoa, Maribel Ochoa, Jose Ochoa and Guadalupe Martinez ("Intervenors") and Defendant Giumarra Vineyards Corporation ("Giumarra") hereby stipulate that Giumarra's insurance adjuster may appear at the February 9, 2012 Mandatory Settlement Conference telephonically and not in person. The stipulation and request for an Order approving the stipulation is based upon the following facts:

4815-2002-8430.1

1.	On March 14, 2011, Giumarra and Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") mediated this matter for the first time before mediator Carla Barboza, Esq.  Giumarra's insurance adjuster appeared at the mediation telephonically and was available until 2:30 a.m. EST.  Giumarra and Plaintiff EEOC successfully negotiated a resolution as memorialized in a Consent Decree;

2.	The parties mediated again before Ms. Barzona on August 25, 2011.  Giumarra was unable to negotiate a resolution with Plaintiff-Intervenors MARIBEL OCHOA, DELFINA OCHOA, JOSE OCHOA and GUADALUPE MARTINEZ ("Intervenors") at the mediation.  The same insurance adjuster remained available by telephone until the mediation concluded;

3.	On December 17, 2011, Giumarra's counsel contacted Intervenors' counsel and requested that Giumarra's insurance adjuster be permitted to attend the January 30, 2012 Mandatory Settlement Conference telephonically in lieu of a personal appearance.  Giumarra's counsel confirmed that he would appear at the settlement conference with full settlement authority;

4.	On December 20, 2011, Intervenors' counsel responded and stated that they would not demand the presence of the insurance adjuster nor would they object to her absence at the Mandatory Settlement Conference;

5.	Giumarra's insurance adjuster will be immediately available throughout the January 30, 2012 Mandatory Settlement Conference until excused regardless of time zone differences;

6.	Giumarra's lead trial counsel will appear at the Mandatory Settlement Conference with a representative from Giumarra having full authority to negotiate and settle the case on any terms at the conference; and

7.	The EEOC has represented that they will not be affected by the stipulation and that this is why they are not entering into this stipulation.

/ / /

8. This Stipulation may be signed in counter-parts, each counter-part having the same force and effect as originals, and facsimile signatures shall be deemed to have the same force as originals.

IT IS SO STIPULATED.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED:_____     /s/ Jeffrey S. Ranen_____
　　　　　　　　　　　　　　　　Jeffrey S. Ranen
　　　　　　　　　　　　　　　　Alexander J. Harwin
　　　　　　　　　　　　　　　　Attorneys for Defendant, GUIMARRA VINEYARDS CORPORATION

DATED:_____     CALIFORNIA RURAL LEGAL ASSISTANCE, INC.


　　　　　　　　　　　　　　　　/s/ Megan Beaman_____
　　　　　　　　　　　　　　　　Megan Beaman
　　　　　　　　　　　　　　　　Attorney for Plaintiff-Intervenors, MARIBEL OCHOA, DELFINA OCHOA, and JOSE OCHOA

DATED:_____     MARCOS CAMACHO, A LAW CORP.


　　　　　　　　　　　　　　　　/s/ Mario Martinez_____
　　　　　　　　　　　　　　　　Mario Martinez
　　　　　　　　　　　　　　　　Attorney for Plaintiff-Intervenors MARIBEL OCHOA, DELFINA OCHOA, JOSE OCHOA and GUADALUPE MARTINEZ

**O R D E R**

The Court has reviewed this stipulation and for good cause shown, grants the Stipulated Order.

IT IS SO ORDERED.

Dated:   January 27, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS