IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, and GUADALUPE MARTINEZ,<br><br>    Plaintiffs-Intervenors<br><br>    v.<br><br>GIUMARRA VINEYARDS CORPORATION, and DOES 1-10,<br><br>    Defendants. | 1:09-cv-2255  AWI MJS<br><br>ORDER VACATING TRIAL AND ALL RELATED DATES AND DEADLINES IN LIGHT OF SETTLEMENT<br><br>(Doc. No. 85) |

On April 6, 2012, the Plaintiff-Intervenors filed a notice of settlement of all their claims against Defendant. See Doc. No. 85. Since the EEOC has already settled their suit with Defendant, see Doc. No. 47, there are now no active claims. The Court will vacate the trial date, and all related dates and deadlines (including the April 13, 2012, pret-trial conference). The parties will be ordered to submit dispositional papers within 21 days of service of this order. See Local Rule 160.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 12, 2012, trial date, and all related dates and deadlines, are VACATED in light of the filed notice of settlement; and

2. The parties shall file appropriate dispositional papers within 21 days of service of this order. See Local Rule 160.

IT IS SO ORDERED.

Dated:   April 6, 2012

CHIEF UNITED STATES DISTRICT JUDGE