IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, and GUADALUPE MARTINEZ,<br><br>    Plaintiffs-Intervenors<br><br>    v.<br><br>GIUMARRA VINEYARDS CORPORATION, and DOES 1-10,<br><br>    Defendants. | 1:09-cv-2255 AWI MJS<br><br>ORDER VACATING TRIAL AND ALL RELATED DATES AND DEADLINES IN LIGHT OF SETTLEMENT<br><br>(Doc. No. 85) |

      On April 6, 2012, the Plaintiff-Intervenors filed a notice of settlement of all their claims against Defendant. <u>See</u> Doc. No. 85. Since the EEOC has already settled their suit with Defendant, <u>see</u> Doc. No. 47, there are now no active claims. The Court will vacate the trial date, and all related dates and deadlines (including the April 13, 2012, pret-trial conference). The parties will be ordered to submit dispositional papers within 21 days of service of this order. <u>See</u> Local Rule 160.

      Accordingly, IT IS HEREBY ORDERED that:

1. The June 12, 2012, trial date, and all related dates and deadlines, are VACATED in light of the filed notice of settlement; and

2. The parties shall file appropriate dispositional papers within 21 days of service of this order. <u>See</u> Local Rule 160.

IT IS SO ORDERED.

Dated:   April 6, 2012                                      /s/ signature
                                                            CHIEF UNITED STATES DISTRICT JUDGE