Anna Y. Park, SBN164242
Michael Farrell, SBN 266553
Connie Liem, TX SBN 791113
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, AND GUADALUPE MARTINEZ,<br>           Plaintiffs-In-Intervention,<br><br>v.<br><br>GIUUMARRA VINEYARDS CORPORATION,<br>           Defendant. | Case No. 1:09-CV-02255- AWI-MJS<br><br>**STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL PAPERS; AND PROPOSED ORDER** |

      On April 6, 2012, Plaintiff Intervenors Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez ("Plaintiff Intervenors) filed a notice of settlement regarding their claims against Defendant.   The Court ordered that the parties file dispositional papers by April 30, 2012.  (Court Doc. 86).

Case No.: 1:09-CV-02255- AWI  -MJS

1

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") had previously provided notice to the Court that it had reached a settlement with Defendant Giumarra Vineyards ("Defendant").  The Court had previously granted the EEOC and Defendant an extension of time to file a consent decree until the remaining claims between Defendant and Plaintiff Intervenor had been adjudicated via settlement, dismissal, a trial verdict, or summary judgment.

While Defendant and Plaintiff Intervenor have diligently worked towards finalizing the terms of the settlement, the parties require additional time to finalize the details of the settlement.  Therefore, Defendant and Plaintiff EEOC requests a thirty (30) day extension from April 30, 2012 to May 30, 2012 in which to file its consent decree.

Respectfully submitted,

Date: May 1, 2012          /s/ *Rumduol Vuong*
                           Rumduol Vuong
                           U.S. EQUAL EMPLOYMENT
                           OPPORTUNITY COMMISSION
                           Attorneys for Plaintiffs

Date: May 1, 2012          /s/ *Alexander Harwin*
                           Jeffrey S. Ranen
                           Alexander J. Harwin
                           GIUMARRA VINEYARDS
                           CORPORATION
                           Attorneys for Defendant

Case No.: 1:09-CV-02255- AWI -MJS

2

# ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit dispositional papers by May 30, 2012.

IT IS SO ORDERED.

Dated:  May 1, 2012                             /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

Case No.: 1:09-CV-02255- AWI -MJS

3