Anna Y. Park, SBN164242
Michael Farrell, SBN 266553
Connie Liem, TX SBN 791113
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA. 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>DELFINA OCHOA, MARIBEL OCHOA, JOSE OCHOA, AND GUADALUPE MARTINEZ,<br>　　　　Plaintiffs-In-Intervention,<br><br>v.<br><br>GIUUMARRA VINEYARDS CORPORATION,<br>　　　　Defendant. | Case No. 1:09-CV-02255- AWI-MJS<br><br>**STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL PAPERS; AND ORDER** |

　　　　On April 6, 2012, Plaintiff Intervenors Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez ("Plaintiff Intervenors) filed a notice of settlement regarding their claims against Defendant.   The Court ordered that the parties file dispositional papers by April 30, 2012.  (Court Doc. 86).

Case No.: 1:09-CV-02255- AWI -MJS

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") had previously provided notice to the Court that it had reached a settlement with Defendant Giumarra Vineyards ("Defendant"). The Court had previously granted the EEOC and Defendant an extension of time to file a consent decree until the remaining claims between Defendant and Plaintiff Intervenor had been adjudicated via settlement, dismissal, a trial verdict, or summary judgment.

Plaintiff Intervenors had previously requested an extension until June 14, 2012, to file dispositional papers. (Court Doc. 90).

While Defendant and Plaintiff Intervenor have diligently worked towards finalizing the terms of the settlement, the parties require additional time to finalize the details of the settlement. Therefore, all parties request a thirty (30) day extension from May 30, 2012 to June 30, 2012 in which to file dispositional papers.

Respectfully submitted,

Date: May 30, 2012              U.S. EQUAL EMPLOYMENT
                                OPPORTUNITY COMMISSION

                                /s/ *Rumduol Vuong*
                                Rumduol Vuong
                                Attorneys for Plaintiffs

Date: May 30, 2012              LEWIS BRISBOIS BISGAARD & SMITH

                                /s/ *Alexander Harwin*
                                Jeffrey S. Ranen
                                Alexander J. Harwin
                                GIUMARRA VINEYARDS
                                CORPORATION
                                Attorneys for Defendant

Case No.: 1:09-CV-02255- AWI -MJS

2

| | |
|---|---|
| Date: May 30, 2012 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| | /s/ *Megan Beaman* <br> Megan Beaman <br> Attorneys for Plaintiff Intervenors Delfina Ochoa, Maribel Ochoa and Jose Ochoa |
| Date: May 30, 2012 | MARCOS CAMACHO, A LAW CORPORATION |
| | /s/ *Mario Martinez* <br> Mario Martinez <br> Attorneys for all Plaintiff Intervenors |

# ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit dispositional papers by June 30, 2012.


IT IS SO ORDERED.

Dated:   May 30, 2012                  /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE