IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>DELFINA OCHOA, et al.,<br><br>　　　　Plaintiffs-In-Intervention,<br><br>　　　　v.<br><br>GIUMARRA VINEYARDS CORP.,<br><br>　　　　Defendant. | 1:09-cv-2255  AWI MJS<br><br>ORDER CLARIFYING DEADLINE TO FILE DISPOSITIONAL PAPERS |

　　　　On May 31, 2012, a stipulation was approved regarding the filing of dispositional papers following settlements.  See Doc. No. 93.  Per the stipulation, the parties were given until June 30, 2012, in which to file dispositional papers.  See id.  However, June 30, 2012, is a Saturday.

　　　　In order to alleviate possible concerns, the Court clarifies that the parties may file their dispositional papers no later Monday, July 2, 2012.[1]

IT IS SO ORDERED.

Dated:   June 27, 2012　　　　　　　　　　　　　　　/s/　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Of course, if the parties can file their dispositional papers prior to July 2, 2012, they are strongly encouraged to do so.