MEGAN BEAMAN (SBN 261539)
California Rural Legal Assistance, Inc.
1460 6th Street
Coachella, CA 92236
Telephone: (760) 398-7261
Facsimile: (760) 398-1050

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

MARIO MARTINEZ (SBN 200721)
Marcos Camacho, A Law Corporation
1227 California Avenue
Bakersfield, CA 93304
Telephone: (661) 324-8100
Facsimile: (661) 324-8103

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ

Additional Counsel listed on Page Two

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> DELFINA OCHOA, MARIBEL OCHOA, JOSÉ OCHOA, and GUADALUPE MARTINEZ <br><br> Plaintiffs/Intervenors <br><br> vs. <br><br> GIUMARRA VINEYARDS CORPORATION and DOES 1-10, <br><br> Defendants. | Case No.: **1:09−CV−02255−AWI-MJS** <br><br> **PLAINTIFF-INTERVENORS'AND DEFENDANT'S STATUS REPORT AND STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL PAPERS; PROPOSED ORDER** <br><br> The Honorable Anthony W. Ishii <br><br> Action filed: December 29, 2009 |

///

///

MICHAEL MEUTER (SBN 161554)
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas  CA  93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiffs/Intervenors
DELFINA OCHOA, MARIBEL OCHOA, and JOSÉ OCHOA

On June 7, 2012, Plaintiff Intervenors Delfina Ochoa, Maribel Ochoa, Jose Ochoa, and Guadalupe Martinez ("Plaintiff-Intervenors") provided to Defendant Giumarra Vineyards Corporation ("Defendant") with information required in the settlement agreement executed between Plaintiff-Intervenors and Defendant. Defendant is required to perform its obligations pursuant to the agreement by July 12, 2012.  Defendant has also entered into a separate settlement agreement with EEOC.

The Plaintiff-Intervenors and Defendant have diligently worked towards executing the terms of their settlements so that final resolution and dismissal of this matter may occur as soon as possible.  However, they need additional time to finalize the performance of the obligations contained in the settlement with Plaintiff-Intervenors and with EEOC.  Therefore, the Plaintiff-Intervenors and Defendant request a thirty (30) day extension from July 2, 2012 to August 1, 2012 in which to file dispositional papers.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  July 2, 2012 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
|  | By:  */s/ Megan Beaman*  |
|  | Megan Beaman |
|  | Attorneys for Plaintiff-Intervenors Delfina Ochoa, Maribel Ochoa, and Jose Ochoa |
| DATED:  July 2, 2012 | MARCOS CAMACHO, A LAW CORPORATION |
|  | By:  */s/ Mario Martinez*  |
|  | Mario Martinez |
|  | Attorneys for All Plaintiff-Intervenors |

DATED: July 2, 2012         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Alexander J. Harwin*
      Jeffrey S. Ranen
      Alexander J. Harwin
      Attorneys for Defendant Giumarra Vineyards Corp.

## ORDER

The Court has reviewed the foregoing stipulation and for good cause shown grants the Stipulated Order.

IT IS SO ORDERED.

Dated:   July 5, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE